# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DION A. TEMPLE, HF-5212 )<br>Petitioner, )<br>)<br>v. )<br>)<br>ANDREW JARBOLA, )<br>Respondent, ) | 2:12-CV-1800 |

## ORDER

Dion A. Temple has submitted a petition for a writ of habeas corpus without the appropriate filing fee or the forms required to proceed <u>in forma pauperis</u>, and for this reason, this action may not proceed unless the petitioner either,

1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

2) files a properly completed application to proceed in forma pauperis, along with an authorization form and a certified copy of his inmate account statement for the previous six (6) months,

Therefore, **IT IS ORDERED** this 11th day of December 2012, that the Clerk of Court is to mark this case closed and,

**IT IS FURTHER ORDERED** that the petitioner may reopen the case by paying the $5.00 filing fee or submitting <u>an informa pauperis</u> request AND a certified copy his inmate account statement for the previous six (6) months, within twenty days of this date.

s/ Robert C. Mitchell
United States Magistrate Judge

1